| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

DARYL SCRUGGS,  )
                            )
       Plaintiff,  )
                            )
  vs.                     )
                            )
CARRIER CORPORATION,  )
d/b/a UNITED TECHNOLOGIES  )
CARRIER,  )
                            )
       Defendant.  )

49D11 09 07 PL 034095

FILED JUL 21 2009

RECEIVED JUL 22 2009

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Daryl Scruggs, by counsel, for his complaint against Defendant, Carrier Corporation, doing business as United Technologies Carrier, (hereinafter "Carrier"), alleges as follows:

### Nature of the Case

1. This is an action at law and equity for damages by Plaintiff, Daryl Scruggs, against Defendant, Carrier, for injuries to his person, income, and property caused by the wrongful acts of Defendant.

2. Plaintiff brings this action pursuant to the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601 et seq., and, in particular, but without limitation, pursuant to the enforcement provisions of the FMLA codified at 29 U.S.C. § 2617.

## Jurisdiction

3.  At all relevant times Plaintiff worked within Marion County at Defendant's place of business located in Indianapolis, Indiana, in Marion County. All of the events giving rise to this cause of action occurred within the employment relationship between Plaintiff and Defendant.

## Parties

4.  Plaintiff, Daryl Scruggs, was at all times relevant to this suit a citizen of the State of Indiana, and resided at 7115 Rossdale Place, Indianapolis, Indiana 46241, in Marion County.

5.  Defendant, Carrier Corporation, is a subsidiary of United Technologies Corporation (NYSE:UTX), and is the world's largest solutions provider of air conditioning, heating and refrigeration equipment for commercial, residential and transportation applications. A global organization, Carrier Corporation has 43,000 employees worldwide and annual revenues in excess of $10.6 billion. It is a for-profit foreign corporation with its principal place of business located at One Carrier Place, Farmington, CT, 06034.

6.  Defendant regularly conducts business in the State of Indiana, including at its manufacturing facility located at 7310 West Morris Street, Indianapolis, Indiana 46231. Defendant's Registered Agent for service of process in Indiana is CT Corporation System, 251 E. Ohio Street, Suite 1100, Indianapolis, IN 46204.

## Factual Allegations

7.  Plaintiff was employed by Carrier for approximately 21 years, from 1986 until 2007. At the time of his termination he was working as a brazer.

8.  At all relevant times Plaintiff's job performance met or exceeded Carrier's legitimate expectations.

9.  During the months prior to his termination, Plaintiff required leave from work for the purpose of caring for his ailing mother, Norma Scruggs.

10. Plaintiff provided all certifications and other information requested by Carrier related to his requested Family Medical Leave.

11. Carrier began to exhibit hostility to the fact that Plaintiff needed to take leave from time to time. At one point, Plaintiff's supervisor even warned him about the company's attitude about people taking medical leave by saying "you'd better watch what you're doing [taking leave from work] or it is going to come back and bite you in the ass."

12. Carrier engaged the services of a private investigator to create a pretext under which it could terminate Plaintiff's employment. The investigator, doing business as McGough & Associates, conducted a sham investigation into whether Plaintiff was actually caring for his mother while on leave from work and presented a false report to Carrier which Carrier then used as a pretext for Plaintiff's termination.

13. On or about August 17, 2007 Carrier terminated Plaintiff's employment.

14. The true reason Defendant terminated Plaintiff's employment was in retaliation for his having availed himself (or having attempted to avail himself) of a protected right or rights pursuant to the FMLA, and in order to prevent Plaintiff from further availing himself of a protected right under the FMLA.

15. Defendant's conduct in terminating Plaintiff's employment in order to retaliate against him for having exercised a protected right and in order to prevent him from further

availing himself of a protected right was wilful, wanton, and malicious, and constituted a "wilful violation" of 29 U.S.C. § 2615 within the meaning of 29 U.S.C. § 2617(c)(2).

16. As a direct and proximate result of Defendant's retaliatory and malicious conduct, Plaintiff has suffered lost wages, salary, employment benefits, and other related financial losses.

### Count I: Retaliation and Interference in Violation of FMLA

17. The allegations in paragraphs one (1) through sixteen (16) above are incorporated herein by reference.

18. Defendant terminated Plaintiff from his employment with Defendant in retaliation for his having exercised or having attempted to exercise protected rights under the FMLA and to prevent Plaintiff from further exercising those protected rights, all in violation of 29 U.S.C. § 2615(a).

19. Defendant failed to timely advise Plaintiff of his rights under the FMLA and/or to explain to Plaintiff what information was required, thereby interfering with Plaintiff's exercise of his rights, all in violation of 29 U.S.C. § 2615(a).

20. Defendant failed to comply with the requirements of the applicable regulations at 29 C.F.R. § 825.301, causing Plaintiff damages as described herein.

### Count II: Other Violation of FMLA

21. The allegations in paragraphs one (1) through sixteen (16) and eighteen (18) through twenty (20) above are incorporated herein by reference.

22. Defendant failed to comply with the requirements of the FMLA, causing Plaintiff damages as described herein.

## Relief

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A. Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B. Interest on the amount awarded as special damages calculated at the prevailing rate;

C. An additional amount as liquidated damages equal to the sum of the damages awarded pursuant to paragraphs (A) and (B) above, all pursuant to 29 U.S.C. § 2617(a)(1);

D. Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

E. All other just and proper relief.

Respectfully submitted,

PARR RICHEY OBREMSKEY FRANDSEN
& PATTERSON LLP

By _____
Michael L. Schultz, #20361-49

## DEMAND FOR JURY TRIAL

Plaintiff, Daryl Scruggs, by his undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

By _____
Michael L. Schultz, #20361-49

PARR RICHEY OBREMSKEY FRANDSEN
  & PATTERSON LLP
225 West Main Street
P.O. Box 668
Lebanon, Indiana 46052
Telephone:   (765) 482-0110
             (317) 269-2509
Facsimile:   (765) 482-6585
304968

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

```
DARYL SCRUGGS,                  )
                                )
              Plaintiff,        )
                                )
       vs.                      )          49D11 09 07 PL 034095
                                )
CARRIER CORPORATION,            )
d/b/a UNITED TECHNOLOGIES       )
CARRIER,                        )
                                )
              Defendant.        )
```

## SUMMONS

TO DEFENDANT:    CARRIER CORPORATION
c/o CT Corporation System, Registered Agent
251 East Ohio Street, Suite 1100
Indianapolis, Indiana 46204

You are hereby notified that you have been sued by the person named as Plaintiff(s) and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff(s).

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff(s).

If you have a claim for relief against the Plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____                         _____ JUL 21 2009 _____
                                                    Clerk, Marion Circuit & Superior Courts
                                                            Elizabeth L. White

**Attorney for Plaintiff(s):**

Michael L. Schultz, #20361.49
PARR RICHEY OBREMSKEY FRANDSEN
 & PATTERSON LLP
225 West Main Street
P.O. Box 668
Lebanon, Indiana 46052
Telephone:      (765) 482-0110
                (317) 269-2509
Facsimile:      (765) 482-6585

The following manner of service of Summons is hereby designated:
    __X__ Registered or Certified Mail
    _____ Service on individual at above address: County _____
    _____ Service on agent: (specify) _____
    _____ Service by Publication

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ 2009 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Carrier Corporation, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____                    _____
                                                 Clerk, Marion Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2009.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2009, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2009.

                                                 _____
                                                 Clerk, Marion Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____                    _____
                                                 Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2009.
(2) By leaving a copy of the Summons and a copy of the Complaint:
   a) at the dwelling place or usual place of abode of the Defendant
   b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                                 _____
                                                 Sheriff of _____ County, Indiana
                                                 By: _____

305511


## CT Corporation

**Service of Process Transmittal**
07/23/2009
CT Log Number 515179496

**TO:** Donald Cawley, Deputy General Counsel
Carrier Corporation
Carrier World Headquarters, One Carrier Place
Farmington, CT 06032-2562

**RE:** Process Served in Indiana

**FOR:** Carrier Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Daryl Scruggs, Pltf. vs. Carrier Corporation, etc., Dfts.

**DOCUMENT(S) SERVED:** Summons, Certificate Form, Appearance, Complaint, Demand for Jury Trial

**COURT/AGENCY:** Marion County Circuit Court, IN
Case # 49D11 09 07 PL 034095

**NATURE OF ACTION:** Employee Litigation - Wrongful Termination - August 17, 2007

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Indianapolis, IN

**DATE AND HOUR OF SERVICE:** By Certified Mail on 07/23/2009 postmarked: "Not Post Marked"

**APPEARANCE OR ANSWER DUE:** Within 23 days commencing day after receipt of summons

**ATTORNEY(S) / SENDER(S):** Michael L. Schultz
Parr Richey Obremskey Frandsen & Patterson LLP
225 West Main Street
Lebanon, IN 46052
765-482-0110

**ACTION ITEMS:** CT has retained the current log, Retain Date: 07/23/2009, Expected Purge Date: 08/22/2009
Image SOP
Email Notification, John Foley JOHN.FOLEY@CARRIER.UTC.COM
Email Notification, Karen Vencus karen.vencus@carrier.utc.com

**SIGNED:** C T Corporation System
**ADDRESS:** 251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204
**TELEPHONE:** 317-396-9747

Page 1 of 1 / CC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

```
STATE OF INDIANA      )            IN THE MARION CIRCUIT/SUPERIOR COURT
                      ) SS:
COUNTY OF MARION      )            CAUSE NO. _____
```

DARYL SCRUGGS,                )
                              )
        Plaintiff,           )           **49D11 09 07 PL 0 3 4 0 9 5**
                              )
vs.                           )
                              )           FILED
CARRIER CORPORATION,          )
d/b/a UNITED TECHNOLOGIES     )           (175) JUL 2 1 2009
CARRIER,                      )
                              )
        Defendant.           )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:   Initiating**

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

        Daryl Scruggs

2. Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

        Michael L. Schultz, #20361-49
        PARR RICHEY OBREMSKEY FRANDSEN
          & PATTERSON LLP
        225 West Main Street
        Post Office Box 668
        Lebanon, Indiana  46052
        Telephone:   (765) 482-0110
                          (317) 269-2509
        Fax:         (765) 482-6585
        E-Mail:      mschultz@parrlaw.com

3. All parties known to Plaintiff are shown in the caption above.

4. Case Type:   Civil Plenary

5. I **will not** accept service by fax at the above number.

6.   This case does not involve support issues.

7.   To my knowledge, there are no related cases.

8.   Counsel is aware of no other information required by local rule.

                                        Respectfully submitted,

                                        PARR RICHEY OBREMSKEY FRANDSEN
                                          &PATTERSON LLP

                                        By _____
                                             Michael L. Schultz, #20361-49

PARR RICHEY OBREMSKEY FRANDSEN
  &PATTERSON LLP
225 West Main Street
P.O. Box 668
Lebanon, Indiana 46052
Telephone:  (765) 482-0110
               (317) 269-2509
Facsimile:   (765) 482-6585

305510

FIRST-CLASS MAIL
US POSTAGE & FEES PAID
INDIANAPOLIS IN
PERMIT # 7374

USPS FIRST-CLASS MAIL
462    46204
Pc ID # 10310907722-160229
46204

ELECTRONIC SCAN REC

FCM

USPS FIRST-CLASS MAIL©

MARION COUNTY CLERKS OFFICE
W122 CITY COUNTY BLDG
200 E WASHINGTON ST
INDIANAPOLIS, IN 46204-3307

SHIP CARRIER CORPORATION C/O CT
TO: CORPORATION SYSTEM, REGISTERED
AGENT SUITE 1100
251 E OHIO ST
INDIANAPOLIS, IN 46204-2211

e/ USPS SIGNATURE CONFIRM

9121 8052 1390 7081 5423 90

Electronic Rate Approved #805213907

Attention Carrier on Route #C035
This piece is being monitored for Delivery and Scanning accuracy.

Non-Machinable Parcel

Attention: The styrofoam cube enclosed in this envelope is being included by the sender to meet a United States Postal Service regulation. Log onto www.confirmdelivery.com for more information.

ION COUNTY CLERKS OFFICE
CITY COUNTY BLDG
E WASHINGTON ST
ANAPOLIS, IN 46204-3307

st Class Parcel
MM 503 9.2.2

10907pl034095

